FLYNN, Respondent, v. PUTNAM COAL & ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Louise Flynn, as administratrix, etc., of John Flynn, deceased, against the Putnam Coal & Ice Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and WOODWARD, JJ., dissent.

FRANK, Respondent, v. HAWKINS, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by David Frank against Sophia T. Hawkins.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that plaintiff has not established by a fair preponderance of competent evidence that there was any injury to his nose, resulting from the fall which he had on the occasion of the accident, and upon the further ground that he was allowed to offer evidence as to damages for medical attendance in connection therewith greatly in excess of the sum named in his bill of particulars.

FRANKENTHAL, Respondent, v. COX, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Chas. E. Frankenthal against William F. Cox. No opinion. Order reversed, and motion denied, without costs. Order filed.

FRIEDMAN et al., Respondents, v. KATZ et al., Appellants. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Jacob S. Friedman and another against Jack Katz and others. A. B. Greenberg, of New York City, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FROELICH. (Supreme Court, Appellate Division, First Department. October 30, 1912.) In the matter of the objections of Morris M. Froelich to the certificate of independent nomination of Joseph Steinberg, for the office of Member of Assembly in the Twenty-Ninth Assembly District, New York County. L. M. Wallstein and W. M. Chadbourne, both of New York City, for appellant. T. Farley and C. Firestone, both of New York City, for respondent. No opinion. Order affirmed. Order filed.

In re FROMME. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Herman Fromme. No opinion. Referred to official referee. Settle order on notice.

FULLER, Appellant, v. NEW YORK CENTRAL STORAGE CO., Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Susan E. Fuller against the New York Central Storage Company. F. Bien, of New York City, for appellant. R. R. Billington, of New York City,

for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GALLAGHER, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Theodore Gallagher against Benjamin E. Valentine. No opinion. Order affirmed, with costs.

GAME, Respondent, v. BROOKLYN UNION ELEVATED R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by William C. Game, as administrator, etc., of Thomas P. Game, deceased, against the Brooklyn Union Elevated Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents.

GATES v. BUFFALO, R. & P. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Margaret E. Gates, as administratrix, etc., against the Buffalo, Rochester & Pittsburgh Railway Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. See, also, 143 App. Div. 960, 128 N. Y. Supp. 1124.

KRUSE, J., dissents, upon the ground that the evidence was sufficient to make the question of contributory negligence of plaintiff's intestate, as well as the defendant's negligence, a question of fact. SPRING, J., not sitting.

GIBBONS, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Catherine Gibbons against the New York Telephone Company.

PER CURIAM. Judgment affirmed, with costs. New trial to be had in the Municipal Court of Syracuse on the 30th day of October, 1912, at 10 o'clock in the forenoon.

SPRING, J., not sitting.

GILMORE, Appellant, v. GILMORE, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Cecilia Gilmore against William H. Gilmore. E. Russell, of New York City, for appellant. Edward A. Scott, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDSMITH et al. v. ROSENBERG. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Ingomar Goldsmith and others against Julius Rosenberg. No opinion. Application denied, with $10 costs. Order signed. See, also, 76 Misc. Rep. 526, 135 N. Y. Supp. 639.

GOLDSTEIN, Respondent, v. MENDELSOHN, Appellant. (Supreme Court, Appellate

Division, First Department. October 25, 1912.) Action by Samuel Goldstein against Herman T. Mendelsohn. H. M. Phillips, of New York City, for appellant. A. Gruber, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 App. Div. 918, 133 N. Y. Supp. 1123; 135 N. Y. Supp. 1147.

GOTTHOFFER, Appellant, v. WEINSTEIN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Jacob Gotthoffer against Philip Weinstein and another. S. P. Goldman, of New York City, for appellant. J. Manheim, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GOUVERNEUR SLIP PIER WEST IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of the Gouverneur Slip Pier West in the City of New York. No opinion. Motion denied, with $10 costs. Order filed.

In re GREENBERG. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Joseph E. Greenberg. No opinion. Application granted. Settle order on notice. See, also, 136 N. Y. Supp. 1135.

HABERER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Lena Haberer against the International Railway Company, impleaded with others. No opinion. Order affirmed, with costs.

HALL, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Emma L. Hall against Augustus H. Hall. C. C. Miller, of New York City, for appellant. J. H. Lecour, Jr., of New York City, for respondent. No opinion. Order reversed, and motion granted, without costs. Order filed. See, also, 150 App. Div. 688, 135 N. Y. Supp. 741.

HALL, Respondent, v. WHALE CREEK IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Thomas F. Hall against the Whale Creek Iron Works.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $2,500, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs.

HAMMERSTAD, Respondent, v. NORWEGIAN NEWS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Henry Hammerstad against the Norwegian News Company. No opinion. Judgment and order unanimously affirmed with costs. See, also, 136 N. Y. Supp. 1136.

HAMMOND, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Clarence Hammond against the Union Bag & Paper Company. No opinion. Motion denied. See, also, 136 N. Y. Supp. 1024.

HARDENBROOK, Appellant, v. QUACKENBUSH et al., Respondents. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by Frank M. Hardenbrook against James L. Quackenbush and others. H. B. Salisbury, of New York City, for appellant. A. F. McCabe, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed. See, also, 135 N. Y. Supp. 1147.

HAYS et al., Respondents, v. MAIDEN LANE REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by William H. Hays and another against the Maiden Lane Realty Company. P. B. Olney, of New York City, for appellant. B. N. Cardozo, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

HEISCHOBER, Appellant, v. POLISHOOK, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Harry Heischober, an infant, etc., against Khiva Polishook. No opinion. Motion for reargument (of 136 N. Y. Supp. 567) denied, with costs.

HEISCHOBER, Appellant, v. POLISHOOK, Respondent. (Supreme Court, Appellate Division. Second Department. October 18, 1912.) Action by Harry Heischober, an infant, etc., against Khiva Polishook. No opinion. Motion granted, without costs. See, also, 137 N. Y. Supp. 1122.

HENDERSON, Respondent, v. REED, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Henry C. Henderson against William B. Reed. No opinion. Order affirmed, with $10 costs and disbursements.

HENDERSON, Appellant, v. SYRACUSE L. S. & N. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by James Henderson against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide